```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 09593
    PETER O MARCH
    ANGELLA AM MARCH                              CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER
              Debtor
  SSN XXX-XX-5820      SSN XXX-XX-5777

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 05/25/2007 and was confirmed 08/08/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was converted to chapter 7 after confirmation 11/20/2007.
-----------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
 PORTFOLIO RECOVERY ASSOC  UNSECURED          258.30           .00            .00
 CITIFINANCIAL AUTO CREDI  SECURED NOT I    22941.37           .00            .00
 AMC MORTGAGE SERVICES     CURRENT MORTG        .00            .00            .00
 AMERICAN MEDICAL COLLECT  UNSECURED        NOT FILED          .00            .00
 AMC MORTGAGE SERVICES     MORTGAGE ARRE        .00            .00            .00
 COOK COUNTY TREASURER     PRIORITY         NOT FILED          .00            .00
 LINCOLN FINANCIAL GROUP   UNSECURED        NOT FILED          .00            .00
 NICOR GAS                 UNSECURED         1024.91           .00            .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED          407.71           .00            .00
 COOK COUNTY TREASURER     SECURED NOT I        .00            .00            .00
 *CHAD M HAYWARD           DEBTOR ATTY      1,500.00                        558.60
 TOM VAUGHN                TRUSTEE                                           41.40
 DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE                 600.00

 PRIORITY                                          .00
 SECURED                                           .00
 UNSECURED                                         .00
 ADMINISTRATIVE                                 558.60
 TRUSTEE COMPENSATION                            41.40
 DEBTOR REFUND                                     .00
                       -------------        -------------
 TOTALS                  600.00                  600.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE